No. 380, Misc. STRZEP *v.* JACKSON, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 383, Misc. ATKINS *v.* MOORE, WARDEN, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 388, Misc. HOURIHAN *v.* NATIONAL LABOR RELATIONS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Irving M. Herman* for respondents.

No. 391, Misc. MILLER *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *Herman L. Taylor* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 392, Misc. NICKERSON *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 395, Misc. DEVENY *v.* TEETS, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 400, Misc. BRINK *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 420, Misc. PENNSYLVANIA EX REL. CAREY *v.* KEEPER OF THE MONTGOMERY COUNTY PRISON. C. A. 3d Cir. Certiorari denied. Petitioner *pro se.* *Robert E. Woodside,* Attorney General of Pennsylvania, and *Randolph C. Ryder,* Deputy Attorney General, for respondent.